Opinion filed August 20, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed August 20, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                      Nos. 11-09-00231-CR & 11-09-00232-CR

                                                    __________

 

                                    MARVIN RAY HAILE, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                      Trial
Court Cause Nos. 14887-B & 14888-B

 



 

                                              M E M O R A N D U M    O
P I N I O N

The trial court convicted Marvin Ray Haile of two
offenses of aggravated assault and assessed his punishment at confinement for
ten years for each offense.  We dismiss the appeals for want of jurisdiction.








The trial court imposed the sentences in open court on
December 11, 2008.  Appellant filed his pro se notices of appeal on July 14,
2009, 215 days after the date the sentences were imposed.  The notices of
appeal are not timely.  Tex. R. App. P.
26.2.  Motions for extension of time were not filed in compliance with Tex. R. App. P. 26.3.  Absent a timely
notice of appeal or compliance with Rule 26.3, this court lacks
jurisdiction to entertain an appeal.  Slaton v. State, 981 S.W.2d 208,
209 -10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522-24
(Tex. Crim. App. 1996); Rodarte
v. State, 860 S.W.2d 108,109-10 (Tex. Crim. App. 1993); Shute v. State,
744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

The appeals are dismissed for want of jurisdiction.

 

 

PER CURIAM

 

August 20, 2009

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J.,
and Strange, J.